UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
FWMN711

| IN RE:<br><br>DINO J. MAGALETTO aka<br>DINO MAGALETTO<br><br>Debtor(s). | Chapter: 13<br><br>Case No.: 16-22064 RDD<br><br>NOTICE OF APPEARANCE AND<br>REQUEST FOR SERVICE OF PAPERS |
|---|---|

PLEASE TAKE NOTICE that the firm FEIN, SUCH & CRANE, LLP is appearing for the following party in the above named bankruptcy case:

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

This party is a party in interest in this case and is a secured creditor pursuant to a mortgage dated September 30, 2005 and recorded in the Office of the WESTCHESTER County Clerk/Register on January 4, 2006 as Control Number 453530533 of the Debtor(s):

DINO J. MAGALETTO aka DINO MAGALETTO

Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address listed above.

Dated: February 1, 2016

    FEIN, SUCH & CRANE, LLP
    Attorneys for Movant

By: /s/ CONIKA MAJUMDAR, ESQ.
    1400 OLD COUNTRY ROAD, SUITE C103
    WESTBURY, NY 11590
    516-394-6921
    and
    7 CENTURY DRIVE, SUITE 201
    PARSIPPANY, NEW JERSEY 07054
    973-538-4700